**DLA PIPER LLP (US)**
Steve L. Hernández (SBN 229065)
*steve.hernandez@us.dlapiper.com*
550 South Hope Street, Suite 2400
Los Angeles, California 90071-2618
Tel:   213.330.7700
Fax:   213.330.7701

Attorney for Defendant
THE KIND SAGE LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOVANY BARBA, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE KIND SAGE LLC d/b/a SAGE VEGAN BISTRO, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:22-CV-04500-PA (PVCX)<br><br>Assigned for all purposes to:<br>Honorable Percy Anderson<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint served: July 11, 2022 |

Plaintiff Jovany Barba ("Plaintiff") and Defendant The Kind Sage LLC ("Defendant") (together, the "Parties"), by and through their undersigned counsel, hereby submit this Joint Notice of Settlement to notify the Court that they have reached a settlement, in principle, to fully and finally resolve Plaintiff's claims against Defendant in this action. The Parties are in the process of finalizing a confidential settlement agreement, which requires completion of certain obligations before Defendant can be dismissed with prejudice from this action. Performance of these obligations is underway, and the Parties expect to file a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a) within thirty days.

Dated:  September 7, 2022           **DLA PIPER LLP (US)**

By: */s/ Steve L. Hernandez*
    Steve L. Hernández

    Attorney for Defendant
    THE KIND SAGE LLC

Dated:  September 7, 2022           **CONKLE, KREMER & ENGEL**

By: */s/ Binyamin I. Manoucheri*
    Thiago M. Coelho
    Binyamin I. Manoucheri

    Attorneys for Plaintiff
    Jovany Barba

2
JOINT NOTICE OF SETTLEMENT
Case No.: 2:22-CV-04500-PA (PVCX)

## ATTESTATION OF CONCURRENCE IN FILING

I, Steve L. Hernández, am the ECF user whose ID and password are being used to file the foregoing Stipulation. Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 7, 2022         By: */s/ Steve L. Hernandez*
                                        Steve L. Hernández

3

JOINT NOTICE OF SETTLEMENT
Case No.: 2:22-CV-04500-PA (PVCX)