Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVANY BARBA, individually and on behalf of all other similarly situated, <br><br>             Plaintiff, <br>   v. <br><br> THE KIND SAGE LLC d/b/a SAGE VEGAN BISTRO, a California limited liability company; and DOES 1-10, inclusive, <br><br>             Defendants. | Case No.: 2:22-CV-04500-PA (PVCX) <br><br> *Assigned for all purposes to: Honorable Percy Anderson* <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br> Complaint filed:  June 30, 2022 <br> Trial Date:      None Set |

*(left margin, vertical text)* WILSHIRE LAW FIRM, PLC / 3055 Wilshire Blvd, 12th Floor / Los Angeles, CA 90010-1137

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jovany Barba request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent putative class members in the above-entitled action. Each party shall bear his or its own fees and costs.

Dated: September 26, 2022          **WILSHIRE LAW FIRM, PLC**

                                   */s/ Binyamin I. Manoucheri*
                                   Thiago M. Coelho
                                   Binyamin I. Manoucheri
                                   *Attorneys for Plaintiff and*
                                   *Proposed Class*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010-1137